
**SECRET**

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>v.<br><br>**KENNETH R. HUBERT**<br>[DOB: 01/24/1958],<br><br>Defendant. | No.  21-5008-01-CR-SW-MDH<br><br>**COUNTS 1 & 2:**<br>18 U.S.C. § 115(a)(1)(B) & (b)(4)<br>(Threat to Injure or Murder a United States Official)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT 3:**<br>18 U.S.C. § 875(c)<br>(Communicating a Threat to Injure)<br>NMT 5 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class D Felony<br><br>$100 Special Assessment  (per felony count of conviction) |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT**:

### COUNT 1

On or about January 7, 2021, said date being approximate, in Lawrence County, in the Western District of Missouri, and elsewhere, the defendant, **KENNETH R. HUBERT**, did threaten to assault and murder Representative Emanuel Cleaver II of the United States House of Representatives, with intent to impede, intimidate, and interfere with Representative Cleaver while he was engaged in the performance of his official duties, and retaliate against Representative Cleaver on account of the performance of his official duties; in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

## COUNT 2

On or about May 6, 2019, said date being approximate, in Lawrence County, in the Western District of Missouri, and elsewhere, the defendant, **KENNETH R. HUBERT**, did threaten to assault and murder Representative Steve Cohen of the United States House of Representatives, with intent to impede, intimidate, and interfere with Representative Cohen while he was engaged in the performance of his official duties, and retaliate against Representative Cohen on account of the performance of his official duties; in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

## COUNT 3

On or about May 6, 2019, said date being approximate, in Lawrence County, in the Western District of Missouri, and elsewhere, the defendant, **KENNETH R. HUBERT**, transmitted in interstate and foreign commerce a communication, through the use of the telephone, to Representative Steve Cohen of the United States House of Representatives and an employee of Representative Cohen's office, in Washington, D.C., and the communication contained a threat to injure Representative Cohen, knowing that the communication would be understood as a true threat, in violation of Title 18, United States Code, Section 875(c).

**A TRUE BILL**

*/s/ Kevin Elliott*
FOREPERSON OF THE GRAND JURY

*/s/ Casey Clark*
Casey Clark
Assistant United States Attorney

DATED: 02/23/2021
Springfield, Missouri