# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

## MINUTE SHEET

**UNITED STATES OF AMERICA**           Date:      March 8, 2021

vs.                                    Case No.:21-05008-01-CR-SW-MDH

**KENNETH R. HUBERT**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**  Arraignment
                        Detention Hearing
                        Scheduling Conference

Time Commenced:  10:46 a.m.                    Time Terminated:  11:24 a.m.

---

### APPEARANCES

**Plaintiff:**   Casey Clark, AUSA
**Defendant:**   David Mercer, FPD
**USPPTS:**      Katie Klocksiem

---

Proceedings:  Parties appear as indicated above.  Defendant appears in person.

*Arraignment*:  Defendant waives formal reading of the Indictment and enters a plea of not guilty as to all counts naming Defendant.

*Scheduling Conference*:  A scheduling order setting forth discovery deadlines will be entered by the Court.  Case placed on the next Joint Criminal Trial Docket.  Rule 5f Order entered.

*Detention Hearing*:  The Court takes note of its own file, including the Pretrial Services Report prepared by the USPPTS Officer.  The Government has filed a *Motion for Detention Hearing* (Doc. 9).  Arguments made regarding Defendant's custody. Defense calls Witness Jeff Atwood.  Witness sworn and testifies on direct and cross examinations. Witness excused.  The Court finds an adequate basis for detention and will issue a written order.

**Witness:**
**Jeff Atwood, Federal Bureau Investigation, Special Agent (11:00 a.m. – 11:04 a.m.)**

**Defendant in custody.**

**Courtroom Deputy/ERO:  Karla Berziel**