# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN/SOUTHWESTERN DIVISION

In Re: Criminal Trial Docket
July 12, 2021

## ORDER

Pursuant to the directions of the Honorable Douglas Harpool, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate David P. Rush, June 15, 2021, at the times shown below. The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference. **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements. <u>Final plea agreements are to be signed prior to the conference or be ready for signature at the conference</u>.** Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing July 12, 2021.

All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

Regarding motions for continuance and possible changes of plea, it is

ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is August 16, 2021, shall file such motion in a timely fashion. **A motion for continuance which is filed after the Friday prior to the scheduled pretrial conference shall be considered untimely.** A motion not timely filed will be summarily

denied.

Likewise, absent a showing of very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied. Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action. It is further

ORDERED that counsel for a defendant whose case who wishes to plead guilty, shall immediately call the chambers of the Honorable David P. Rush to schedule the change of plea. If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

<u>Before Magistrate Judge David P. Rush</u>

<u>**June 15, 2021**</u>

| | | | |
|---|---|---|---|
| 20-03088-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Jason B. Roberts | Amanda Burdick-Brown |
| | | | |
| 20-03065-CR-S-BP | | United States | Jody Stockard |
| | | v. | |
| | -01 | Kyle Q. Lee | Joe Passanise |
| | | | |
| 21-03046-CR-S-MDH | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Marlon Perez-Perez | David Mercer |

| | | | |
|---|---|---|---|
| 21-03045-CR-S-MDH | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Alfredo Velazquez | Stuart Huffman |
| 21-03044-CR-S-MDH | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Alegrandrino Velazquez | Brady Musgrave |
| 21-05018-CR-SW-MDH | | United States | Stephanie Wan |
| | | v. | |
| | -01 | John Eric Furgason | Michelle Moulder |
| 21-03053-CR-S-BP | | United States | Casey Clark |
| | | v. | |
| | -01 | Curtis Cooper | Ian Lewis |
| 21-03050-CR-S-MDH | | United States | Tony Brown |
| | | v. | |
| | -01 | Brent Thompson | Michelle Moulder |
| 21-03055-CR-S-BCW | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Michelle Harris | Michelle Law |

| | | | |
|---|---|---|---|
| 21-03043-CR-S-MDH | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Sergio Ortiz | Branden Twibell |
| | | | |
| 20-05012-CR-SW-MDH | | United States | Tony Brown |
| | | v. | |
| | -01 | James G. Wilson | Ian Lewis |
| | | | |
| 21-03026-CR-S-BCW | | United Stats | Casey Clark |
| | | v. | |
| | -01 | George F. Myers, Jr. | Erica Mynarich |
| | | | |
| 19-03106-CR-S-BCW | | United States | Jessica Sarff |
| | | v. | |
| | -01 | Shirley Hicks | Shane Cantin |
| | -02 | Luis Ortiz Rodriguez | Brian Risley |
| | -03 | Raymon F. Ortega | Stuart Huffman |
| | -07 | James E. Cooper | Alison Hershewe |
| | | | |
| 20-03002-CR-S-BP | | United States | Byron Black |
| | | v. | |
| | -01 | Ertha O. McDonald | Lisa Nouri |

| | | | |
|---|---|---|---|
| 20-03117-CR-S-MDH | | United States | Cameron Beaver |
| | | v. | |
| | -01 | Isaiah W. Stinson | Ian Lewis |
| 20-03132-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Disty L. Steely | Ian Lewis |
| 20-03018-CR-S-MDH | | United States | Tony Brown |
| | | v. | |
| | -01 | Michael Grogan | Ian Lewis |
| 19-03154-CR-S-MDH | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Manuel Poludenyj | Ian Lewis |
| 21-05004-CR-SW-RK | | United States | Jessica Sarff |
| | | v. | |
| | -01 | Tanner Houghton | Ian Lewis |
| | 02 | Brittany Brannan | Amanda Burdick-Brown |
| 21-05008-CR-SW-MDH | | United States | Casey Clark |
| | | v. | |
| | -01 | Kenneth R. Hubert | David Mercer |

| | | | |
|---|---|---|---|
| 20-03116-CR-S-SRB | | United States | Jessica Sarrf |
| | | v. | |
| | -01 | Aaron J. Martin | Ann Koszuth |
| | -02 | Clayton P. Albrecht | Russ Dempsey |
| | -03 | Jade R. Kenter | James Hayes |
| | -04 | Megan R. Daniels | Megan McCullough |
| 20-03118-CR-S-BP | | United States | Jody Stockard |
| | | v. | |
| | -01 | Matthew J. Chiera | Stuart Huffman |
| 20-03072-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Everett S. Carter, III | Stuart Huffman |
| 19-05023-CR-SW-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Christopher Chamberlin | Stuart Huffman |
| 20-03035-CR-S-RK | | United States | Ami Miller |
| | | v. | |
| | -01 | Mark Nicholas Cobb | David Mercer |

| | | | |
|---|---|---|---|
| 20-05002-CR-SW-BP | | United States | Jessica Sarff |
| | | v. | |
| | -01 | Ronald Hangge | David Mercer |
| | | | |
| 20-03092-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Vincent Dominy | Scott Rosenblum |
| | | | |
| 20-03038-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Brandon Lane McCullough | Stuart Huffman |
| | | | |
| 20-03094-CR-S-BP | | United States | Ami Miller |
| | | v. | |
| | -01 | Kevin Levon Bonner | Brian Risley |
| | | | |
| 19-03119-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Donnie D. Lodwick | Agi Prevendarcsik |
| | | | |
| 19-03139-CR-S-MDH | | United States | Cameron Beaver |
| | | v. | |
| | -01 | David R. Sands | Marshall Miller |

| | | | |
|---|---|---|---|
| 21-03058-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Wes L. Walker | Stacie Bilyeu |
| | | | |
| 21-03056-CR-S-MDH | | United States | Patrick Carney |
| | | v. | |
| | -01 | Peter Larry Harrington | Adam Woody |
| | | | |
| 21-03052-CR-S-MDH | | United States | Megan Chalifoux |
| | | v. | |
| | -01 | William C. McCoy | Ian Lewis |
| | | | |
| 21-03047-CR-S-SRB | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Jacob Campbell | Michelle Moulder |

*/s/ David P. Rush*
DAVID P. RUSH
UNITED STATES CHIEF MAGISTRATE JUDGE

Date: May 25, 2021